## McCauley, Appellant, *v.* Murray et al.

Argued October 14, 1947. Before RHODES, P. J., HIRT, DITHRICH, ROSS, ARNOLD and FINE, JJ. (RENO, J., absent).

*Raymond E. Zickel,* with him *Lutz, Fronefield, Warner & Bryant,* for appellant.

*Albert H. Pearce,* with him *Thomas J. Reilly* and *Reilly & Pearce,* for appellees.

OPINION BY DITHRICH, J., November 12, 1947:

The judgment is reversed and the lien of the mortgage is reinstated.

See opinion filed this day in *McCauley Appeal,* 161 Pa. Superior Ct. 461, 55 A. 2d 428.